*Alison Brown v. The Kroger Co.*
*State Court of Cobb County, State of Georgia*
*Civil Action File Number: 21-A-4342*

*Alison Brown v. The Kroger Co.*
*USDC, Northern District, Atlanta Division*
*Civil Action File Number: TBA (Removal # 1:22-mi-99999)*

# EXHIBIT A:  NOTICE FOR REMOVAL

## ALL PLEADINGS, PROCESS, AND ORDERS SERVED UPON DEFENDANT IN THE STATE COURT OF COBB COUNTY, STATE OF GEORGIA

**General Civil and Domestic Relations Case Filing Information Form**

ID# E-KPFWVYUE-VS4
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

☐ Superior or ☑ State Court of  Cobb  County

**21-A-4342**

DEC 10, 2021 09:59 AM

| For Clerk Use Only | | |
|---|---|---|
| Date Filed  12-10-2021  MM-DD-YYYY | Case Number  21-A-4342 | *Robin C. Bishop*<br>Robin C. Bishop, Clerk of State Court<br>Cobb County, Georgia |

**Plaintiff(s)**

Brown, Alison
Last        First        Middle I.    Suffix    Prefix

Last        First        Middle I.    Suffix    Prefix

Last        First        Middle I.    Suffix    Prefix

Last        First        Middle I.    Suffix    Prefix

**Defendant(s)**

The Kroger Co.
Last        First        Middle I.    Suffix    Prefix

Last        First        Middle I.    Suffix    Prefix

Last        First        Middle I.    Suffix    Prefix

Last        First        Middle I.    Suffix    Prefix

**Plaintiff's Attorney**  Aidun, Isabel   **Bar Number**  307745   **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
Case Number                     Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20



# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  21-A-4342

$248.00 COST PAID

Brown, Alison

**PLAINTIFF**

VS.

The Kroger Co., DBA c/o CSC of Cobb County, Inc.

**DEFENDANT**

**SUMMONS**

TO: THE KROGER CO.

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Isabel Aidun
> Smith, Wallis & Scott, LLP
> 327 Bankhead Highway
> Carrollton, Georgia 30117

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 10th day of December, 2021.**

Clerk of State Court




Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



ID# E-KPFWVYUE-ACY
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-4342**

DEC 10, 2021 09:59 AM

Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| ALISON BROWN, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | FILE NO. |
| | : | |
| THE KROGER CO., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**COMPLAINT FOR DAMAGES**

COMES NOW, Plaintiff and hereby files this Complaint for Damages and respectfully shows the honorable Court as follows:

**PRELIMINARY STATEMENT**

1.

This is a civil action brought by Ms. Alison Brown (hereinafter "Plaintiff Brown") for serious injuries, harm, and losses the Defendant caused her to suffer by negligently failing to maintain its entrance/exit free from hazards at the Kroger Marketplace store located at 1355 South Park Street, in Carrollton, Carroll County, Georgia (hereinafter "Carrollton Kroger").



## PARTIES, JURISDICTION, AND VENUE

2.

Defendant The Kroger Co. ("Defendant Kroger") is a foreign corporation incorporated pursuant to the laws of Ohio. Upon information and belief Defendant Kroger's principal place of business is in Cincinnati, Ohio. Defendant Kroger is authorized to transact business in Georgia and does in fact transact business in the State of Georgia. Defendant Kroger's last named registered agent as shown by the records of the Secretary of State of Georgia is CSC of Cobb County, Inc. CSC of Cobb County, Inc. may be served at 192 Anderson Street, Suite 125, Marietta, Cobb County, Georgia, 30060.

3.

At all relevant times in the instant litigation, Alison Brown was a resident with domiciliary in the State of Georgia.

4.

On December 10, 2019, Plaintiff Alison Brown was an invitee to the Defendant's Carrollton Kroger.

5.

Venue in this Court is proper as to Defendant Kroger pursuant to O.C.G.A. § 14-2-510 as the corporation maintains its registered office in Cobb County, Georgia and the facts set forth herein.

6.

The Court has subject matter jurisdiction over this action as supported by the facts set

forth herein.

7.

When service of process is perfected by second original in the manner prescribed by law, Defendant Kroger shall be subject to the jurisdiction of this Court.

**OPERATIVE FACTS**

8.

On December 10, 2019, Plaintiff Brown arrived at the Carrollton Kroger Marketplace located at 1355 South Park Street, Carrollton, Georgia, to purchase groceries and a money order.

9.

As Plaintiff Brown entered and shopped at the Carrollton Kroger Marketplace, she was walking at a normal pace.

10.

After completing her shopping, Plaintiff Alison Brown began to exit the store.

11.

As Plaintiff Brown was walking out of the store, a sign caught her right foot and caused her to fall.

12.

Although Plaintiff Brown was exercising ordinary care to watch for hazards as she shopped, she did not see the sign that caused her fall.

13.

Plaintiff Brown landed on her left side, causing acute onset of left knee, left wrist and arm, pelvis, neck and back pain.

14.

After the fall, Plaintiff Brown observed a sign on the floor.

15.

Plaintiff Alison Brown sustained several injuries as a result of this accident, including but not limited to: contusion of abdominal wall; contusion of left hand; contusion of left hip; contusion of left knee; contusion of left wrist and thumb; sprain of lateral collateral ligament of left knee; closed fracture of navicular bone of left wrist; peripheral neuropathy; impingement syndrome of left shoulder; myofascial pain; cervical radiculopathy; chronic neck pain; thoracic back pain; low back pain; lumbar spondylosis; lumbar facet joint pain; and lumbosacral radiculopathy.

16.

As a result of Defendant Kroger Co.'s negligence, Plaintiff Brown underwent medical treatment for her injuries and pain.

17.

Plaintiff Brown experienced significant physical pain and suffering as a result of the subject incident.

18.

Plaintiff Brown experienced significant emotional pain and suffering as a result of the

subject incident.

## COUNT I -- NEGLIGENCE OF DEFENDANT KROGER CO.

19.

Plaintiff incorporates by reference, as if fully set forth herein, Paragraphs 1 through 18 of the Complaint in its entirety.

20.

Defendant knew or, with the exercise of ordinary, reasonable diligence, should have known, that the sign in its entryway posed a hazardous condition at the time of Plaintiff Brown's fall, and that it posed a danger to Defendant's shoppers.

22.

Plaintiff Brown's fall was the proximate result of Defendant's negligence in allowing a dangerous condition to remain on its premises without warning.

## DAMAGES FOR WHICH DEFENDANT KROGER CO. IS ACCOUNTABLE

23.

The allegations of Paragraph 1 through 22 are incorporated herein by reference.

24.

Plaintiff Alison Brown has the right to recover for all general and special damages associated with a personal injury, including, but not limited to, pain and suffering.

25.

Defendant negligence was the sole, direct and proximate cause of the bodily injuries of Alison Brown.

26.

Plaintiff Brown is entitled to recover economic and non-economic damages from Defendant Kroger Co.

27.

Plaintiff Brown committed no negligent act or omission that caused or contributed to the subject fall.

28.

At the time of this pleading, Plaintiff has incurred $83,646.26 in medical expenses treating the injuries caused by Defendant's negligence.

**WHEREFORE**, Plaintiff prays for the following:

a) That process and summons issue requiring Defendant Kroger Co. to appear as provided by law and to answer the allegations of this Complaint;

b) A trial by jury;

c) Recovery for past and future physical pain and suffering of Alison Brown;

d) Recovery for past and future mental and emotional pain and suffering of Alison Brown;

e) Recovery for present, and future medical, hospital, and other items of special

    damage of $83,646.26 to this date (this amount may be supplemented at a later date in accordance with the Georgia Civil Practice Act);

f) That all costs be cast against Defendant;

g) Loss of enjoyment of life from December 10, 2019 to present; and

h) For such other and further relief as the Court deems just and appropriate.

    SMITH, WALLIS & SCOTT, LLP


    */s/ Isabel C. Aidun*
    _____

    Christopher B. Scott
    Georgia Bar No. 631949
    chris@swslawfirm.com

    Isabel C. Aidun
    Georgia Bar No. 307745
    isabel@swslawfirm.com

    Joseph W. Brown, II
    Georgia Bar No. 485364
    josephwbrown@gmail.com

    Attorneys for Plaintiff

327 Bankhead Highway
Carrollton, Georgia  30117
(770) 214-2500
(770) 214-2501 (Fax)

SHERIFF'S ENTRY OF SERVICE

ID# E-KPFWVYUE-QAS
ID# E-DS5NWRCU-XFP
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**21-A-4342**

JAN 06, 2022 02:17 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

Civil Action No. __21-A-4342__

Date Filed _____

Attorney's Address
Aidun, Isabel
Smith, Wallis & Scott, LLP
327 Bankhead Highway
Carrollton, GEORGIA 30117-

Superior Court ☐
State Court ☒
Juvenile Court ☐
Magistrate ☐
Probate Court ☐

Georgia, __COBB__ COUNTY

Brown, Alison
_____
Plaintiff

VS.

The Kroger Co., DBA c/o CSC of Cobb County, Inc.
_____
Defendant

_____
Garnishee

Name and Address of Party to be Served.
The Kroger Co.
192 Anderson Street, Suite 125
Marietta, GEORGIA 30060

### SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS** ☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about ____ years; weight ____ pounds; height, about ____ feet and ____ inches, domiciled at the residence of defendant.

**CORPORATION** ☑ Served the defendant __The Kroger Co__ a corporation by leaving a copy of the within action and summons with __Terri Thompson - CSC of Cobb County__ in charge of the office and place of doing business of said Corporation in the County.

**TACK & MAIL** ☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of the same in the United States Mail, first class in an envelope property address to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST** ☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this court.

This __4__ day of __Jan__, 20__22__

341/02072

Deputy

COURT COPY